**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

ROCÍO SANCHEZ PONCE,

Plaintiff,

v.

KATHY A. BARAN, *Director, California Service Center, United States Citizenship And Immigration Services, et. al.*,

Defendants.

CASE NO. 3:16-cv-06430-RS

**[~~PROPOSED~~] ORDER**

Having read and reviewed the parties' joint motion to continue stay of proceedings, and for good cause shown, it is hereby ORDERED that the Joint Motion to Continue Stay of Proceedings is GRANTED.

It is therefore ORDERED that the existing case schedule will remain stayed until April 28, 2017. It is further ORDERED that the parties shall file a joint status report to update the Court on April 25, 2017.

DATED: 3/1/17

BY:__________________________________

HONORABLE RICHARD SEEBORG
United States District Judge